AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Malcolm Stockdale, Winterman Group Ltd. and Anne's Diary, Inc., <br> *Plaintiffs* <br> v. <br> William O'Dowd, IV, Dolphin Entertainment, Inc. and Dolphin Digital Media, Inc. <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 09-23338 CIV Jordan/McAliley |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

William O'Dowd, IV
804 Douglas Road
Suite 365
Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HOLLAND & KNIGHT LLP
Mitchell E. Herr
Stephen P. Warren
701 Brickell Ave. Suite 3000
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/12/2009



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Rhonda Gittens
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Malcolm Stockdale, Winterman Group Ltd. and Anne's Diary, Inc., <br> *Plaintiffs* <br> v. <br> William O'Dowd, IV, Dolphin Entertainment, Inc. and Dolphin Digital Media, Inc. <br> *Defendant* | Civil Action No. 09-23338 CIV Jordan/McAliley |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dolphin Entertainment, Inc.
804 Douglas Road
Suite 365
Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HOLLAND & KNIGHT LLP
Mitchell E. Herr
Stephen P. Warren
701 Brickell Ave. Suite 3000
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 11/12/2009

Steven M. Larimore
Clerk of Court

s/Rhonda Gittens
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Malcolm Stockdale, Winterman Group Ltd. and Anne's Diary, Inc., <br> Plaintiffs <br> v. <br> William O'Dowd, IV, Dolphin Entertainment, Inc. and Dolphin Digital Media, Inc. <br> Defendant | ) ) ) ) ) ) ) ) | Civil Action No. 09-23338 CIV Jordan/McAliley |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dolphin Digital Media, Inc.
C/O Registered Agent
Abadln Cook
9155 S. Dadeland Blvd. Suite 1208
Miami, FL 33156

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HOLLAND & KNIGHT LLP
Mitchell E. Herr
Stephen P. Warren
701 Brickell Ave. Suite 3000
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/12/2009



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Rhonda Gittens
Deputy Clerk
U.S. District Courts